No. 91–5624. COOPER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–5627. FERRELL v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–5633. COTTON v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 91–5638. MIKESELL v. MORGAN, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 91–5645. DEMETER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–5647. CORONADO v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5654. NITZ v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–5683. HILL v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–5687. HOLSEY v. PREVENTIVE HEALTH PROGRAM. C. A. 4th Cir. Certiorari denied.

No. 91–5694. FERGUSON v. GIANT FOODS, INC. C. A. 4th Cir. Certiorari denied.

No. 91–5701. PERCY v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 91–5708. DIAZ v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–5723. RIVERA v. BLACKWELL, SUPERINTENDENT, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5736. NEWLUN v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.